Argued and submitted February 26, reversed and remanded for new trial
March 30, 1988

## STATE OF OREGON,
*Respondent,*

*v.*

## KERRY DEAN BARKER,
*Appellant.*

(87-209; CA A45130)

751 P2d 1122

Steven R. Cotton, Gladstone, argued the cause for appellant. With him on the brief was Cotton & Gray, Gladstone.

Michael C. Livingston, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals his convictions for recklessly endangering another person, ORS 163.195, and unlawful possession of a weapon. ORS 166.250. He contends, and the state concedes, that no written waiver of jury trial was executed by defendant. We agree. Or Const, Art I, § 11; ORS 136.001(2); *State v. Graves,* 87 Or App 548, 742 P2d 1200 (1987).

Reversed and remanded for a new trial.